**458**

389 P.2d 220

**James A. RABURN, Petitioner,**

**v.**

**The THIRD JUDICIAL DISTRICT COURT, Alamogordo, New Mexico, Respondent.**

**No. 51 HC.**

Supreme Court of New Mexico.

Feb. 14, 1964.

COMPTON, Chief Justice and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied.

389 P.2d 220

**J. C. WILLIAMS, Petitioner,**

**v.**

**Harold A. COX, Warden Penitentiary of New Mexico, Respondent.**

**No. 52 HC.**

Supreme Court of New Mexico.

Feb. 20, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of habeas corpus be and the same is hereby denied for failure of petitioner to exhaust available District Court remedies.

389 P.2d 220

**George TRUJILLO, Petitioner,**

**v.**

**DIRECTOR, NEW MEXICO PAROLE BOARD, and The State of New Mexico, Respondents.**

**No. 50 HC.**

Supreme Court of New Mexico.

Feb. 12, 1964.

COMPTON, Chief Justice, and CARMODY, CHEVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied.